IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHERINE SEWARD GIBBY**                                                             **PETITIONER**
**ADC #755557**

v.                               **Case No. 4:24-cv-00427-KGB**

**DEXTER PAYNE**                                                                                **RESPONDENT**

## ORDER

      Before the Court is the Recommendation submitted by United States Magistrate Patricia S. Harris (Dkt. No. 12). Petitioner Katherine Seward Gibby filed objections to the Recommendation (Dkt. No. 13). Upon conducting a *de novo* review of the record, including the Recommendation and objections, the Court determines that Gibby's objections break no new legal ground. The Court therefore adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 12). Gibby's petition for a writ of *habeas corpus* is denied (Dkt. No. 1). Judgment will be entered accordingly. The Court declines to issue a certificate of appealability. Gibby may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

      It is so ordered this 13th day of January, 2026.

                                                  Kristine G. Baker
                                                  Chief United States District Judge